UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Montana Oil Properties, Inc., Ryan Family Mineral Partnership, S. Reger Family Partnership, Baldridge Family Mineral Partnership, Russell B. Icenoggle and Polly Icenoggle, Forty-Five Ranch, LLC, Kootenai Resources Corporation, Pierce Family Mineral, LLC, and Western Resources, LLC, | ) ) ) ) ) ) ) ) ) | Civil No: 1:22-cv-00121-DLH-CRH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Whiting Oil and Gas Corporation, | ) ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

COME NOW the parties to the above-caption matter, by and through their counsels of record, and hereby stipulate that:

(1) the parties have discovered that diversity jurisdiction is lacking;

(2) this case should be dismissed without prejudice for lack of subject matter jurisdiction; and

(3) all parties to this stipulation shall bear their own respective attorney's fees and costs.

DATED this 27th day of October, 2022.

            */s/ Paul J. Forster*
            Paul J. Forster (ND ID #07398)
            pforster@crowleyfleck.com
            Erik J. Edison (ND ID #08790)
            ejedison@crowleyfleck.com

            CROWLEY FLECK PLLP
            Attorneys for Defendant
            100 West Broadway Ave., Suite 250
            P.O. Box 2798
            Bismarck, North Dakota 58502-2798
            Phone: (701) 223-6585
            Fax: (701) 222-4853

DATED this 27th day of October, 2022.

            */s/ Loren J. O'Toole II*
            Loren J. O'Toole II
            otoole@otoolelawmt.com

            O'TOOLE LAW FIRM
            Attorneys for Plaintiffs
            209 North Main Street
            P.O. Box 529
            Plentywood, MT 59254
            Phone: (406) 765-1630
            Fax: (406) 765-2945