# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Montana Oil Properties, Inc., et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | Case No. 1:22-cv-121 |
| ) | |
| Whiting Oil and Gas Corporation, ) | |
| ) | |
| Defendant. ) | |

Before the Court is a Stipulation of Dismissal signed by all the parties filed on October 27, 2022. See Doc. No. 10. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 10) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 31st day of October, 2022.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court